## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SENTENO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:20-cv-01179-MN |
| v. | ) |
| | ) |
| ON DECK CAPITAL, INC., NOAH | ) |
| BRESLOW, JANE J. THOMPSON, RONALD | ) |
| F. VERNI, CHANDRA DHANDAPANI, | ) |
| BRUCE P. NOLOP, MANOLO SANCHEZ, | ) |
| DANIEL HENSON, NEIL E. WOLFSON, | ) |
| ENERGY MERGER SUB, INC., and ENOVA | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 24, 2021

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

**OF COUNSEL:**

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514

*Attorneys for Plaintiff*